IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HSBC BANK USA, N.A., AS TRUSTEE ON
BEHALF OF ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST AND FOR THE
REGISTERED HOLDERS OF ACE SECURITIES
CORP. HOME EQUITY LOAN TRUST, SERIES
2006-ASAP2, ASSET BACKED PASS-THROUGH
CERTIFICATES
        PLAINTIFF

           CASE NUMBER: 1:13-cv-3467
           DISTRICT JUDGE: JOHN J. THARP, JR.

VS.

JEFFREY C. CURTIN, MARIANNA CURTIN,
HOUSEHOLD BANK, F.S.B, UNITED STATES
OF AMERICA, INTERNAL REVENUE SERVICE,
        DEFENDANT(S).

## MOTION TO DISMISS DEFENDANT:
## HOUSEHOLD BANK, F.S.B.

    Plaintiff, HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP2, ASSET BACKED PASS-THROUGH CERTIFICATES, by counsel, Julia M. Bochnowski of Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Defendant, HOUSEHOLD BANK, F.S.B., without Prejudice, and states:

1. On May 9, 2013, Plaintiff filed its Complaint for Foreclosure.
2. HOUSEHOLD BANK, F.S.B. does not have an interest in this property.

    WHEREFORE, counsel for Plaintiff, HSBC BANK USA, N.A., respectfully requests that the Defendant, HOUSEHOLD BANK, F.S.B., is dismissed without prejudice, and for all other relief just and proper.

        Respectfully submitted,
        BURKE COSTANZA & CARBERRY LLP

        /s/ Julia M. Bochnowski
        Julia M. Bochnowski #6301499
        BURKE COSTANZA & CARBERRY LLP
        225 W. Washington St., Ste. 2200
        Chicago, IL 60606
        Phone: (219) 769-1313
        Attorneys for Plaintiff

{File: 01009401.DOC}