# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

HSBC Bank USA, N.A.

                        Plaintiff,

v.                                       Case No.: 1:13−cv−03467
                                                        Honorable John J. Tharp Jr.

Jeffrey C. Curtin, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr:Plaintiff's motion to dismiss defendant Household Bank, F.S.B., [8] is granted. Pursuant to FRCP 41(a)(1)(A)(i), Household Bank F.S.B. is dismissed from this case without prejudice. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.